UNITED STATES OF AMERICA
UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

———

SEMAJ D. BEAL,

              Plaintiff,              Case No. 1:11-cv-234

v.                                            Honorable Paul L. Maloney

INGHAM COUNTY CIRCUIT COURT,

              Defendant.
_____/

## **JUDGMENT**

In accordance with the Opinion filed this date:

IT IS ORDERED that Plaintiff's action be DISMISSED WITH PREJUDICE pursuant to 28 U.S.C. §§ 1915(e) and 1915A because Defendant is immune from suit.


Dated:   March 25, 2011                    /s/ Paul L. Maloney
                                                      Paul L. Maloney
                                                      Chief United States District Judge